United States District Court
Southern District of Texas
**ENTERED**
December 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ALEJANDRO GARCIA <br> AND MARIA L. GARCIA <br><br> VS. <br><br> PENNYMAC LOAN SERVICES, LLC, <br> AND ARNOLD MENDOZA, SUBSTITUTE <br> TRUSTEE | CIVIL ACTION NUMBER <br><br> M-18-104 |

### JUDGMENT

On the 4th day of October, 2018, came on to be heard "Defendant's Motion for Summary Judgment" (Docket Entry Number 17) and the Court, after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion, for the reasons stated on the record, that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that Defendant's Motion for Summary Judgment is hereby GRANTED and all claims asserted by Plaintiffs against Defendant are hereby DISMISSED.

DONE this 26th day of December, 2018, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE